**UNITED STATES of America, Plaintiff–Appellee**

v.

**Nelson Fernando DIAZ-MONTOYA, Defendant–Appellant.**

**No. 15-41665**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Date Filed: 11/11/2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Nelson Fernando Diaz-Montoya, Pro Se.

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Nelson Diaz-Montoya has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Diaz-Montoya has not filed a response. We have reviewed counsel's brief and relevant portions of the record. We concur with coun-

---

sel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

